Neville L. Johnson (SBN 66329)
James T. Ryan (SBN 210515)
Jordanna G. Thigpen (SBN 232642)
**JOHNSON & JOHNSON LLP**
439 North Canon Drive, Suite 200
Beverly Hills, California 90210
Telephone:  (310) 975-1080
Facsimile:   (310) 975-1095
Email:         njohnson@jjllplaw.com
                    jryan@jjllplaw.com
                    jthigpen@jjllplaw.com

*Attorneys for Plaintiff*
RONALD BURNS

(*additional counsel on signature page*)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| RONALD BURNS,<br><br>Plaintiff,<br><br>vs.<br><br>MITSUBISHI ELECTRIC US, INC.,<br><br>Defendants. | Case No.: 8:16-cv-01900-CJC-KES<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

Plaintiff Ronald Burns and Defendant Mitsubishi Electric U.S., Inc., through their respective attorneys, hereby stipulate as follows:

1. Pursuant to Fed. R. Civ. P. 41(a), Plaintiff's entire complaint against the defendant, Mitsubishi Electric US Inc., as captioned above, including all causes of action alleged therin, is hereby voluntarily dismissed with prejudice; and

2. All parties shall bear their own attorneys' fees and costs.

SO STIPULATED:

DATED: May 3, 2017                    **JOHNSON & JOHNSON LLP**

                                      By:  /s/ Jordanna G. Thigpen
                                           Neville L. Johnson
                                           James T. Ryan
                                           Jordanna G. Thigpen

                                           *Attorneys for Plaintiff*
                                           Ronald Burns

DATED: May 3, 2017                    **FRANKFURT KURNIT KLEIN & SELZ, P.C.**

                                      By:  /s/ Jeremy S. Goldman
                                           Jeremy Goldman

                                           *Attorneys for Defendant*
                                           Mitsubishi Electric US, Inc.

|   |   |
|---|---|
| 1 |   |
| 2 | **<u>ATTESTATION</u>** |
| 3 |   |

## ATTESTATION

I, Jordanna G. Thigpen, am the ECF User on whose behalf this filing is submitted. I hereby attest that all other signatories listed concur in the filing's content and have authorized the filing.

DATED: May 3, 2017

By: /s/ Jordanna G. Thigpen